UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Maria Asencio,  )
    Plaintiff  )
          )
    VS.  )  Case No. **16-3224 SEM-TSH**
          )
          )
Melissa Sageser  )
John Baldwin  )
Louis Shicker, MD.  )
Boswell Pharmacy  )
Doctor Kottman  )
Catalino Bautista, MD.  )
George Duncan, MD.  )
Doctor Sang  )
Lisa Johnson, HCUA  )
Sheryl Thompson  )
Angela Locke  )
Christine Brannon  )
Margaret Burke, CAO  )
    Defendants  )

( List the full names of ALL plaintiffs and defendants in the caption above.
If you need more room, attach a separate caption page in the above format.)

## COMPLAINT

Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims are often brought under 42 U.S.C. §1983 or in a "Bivens" action.  However, 42 U.S.C. §1983 and "Bivens" do not cover all prisoner's claims.  Many prisoners' legal claims arise from other federal laws. Your particular claims may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.

  **X**   42 U.S.C §1983 ( state, county or municipal defendants)
  ___   Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S 388(1971)
  ___   other Federal Laws: _____
  ___   Unknown: _____

I. FEDERAL JURISDICTION

Jurisdiction is based upon 28 U.S.C §1331, a civil action under the United States Constitution or other Federal Law.

II. PARTIES

A. Plaintiff:

   Full name: Maria Asencio
   Prison Identification number: R75289
   Current Address: 1096 1350th St. P.O. Box 1000
                    Lincoln, Illinois 62656

B. Defendants

   Defendant #1
       Full Name: Melissa Sageser
       Current Job Title: Wexford Insurance Company Contact Person/ Regional Rep.
       Current Work Address: 508 South Grace Marissa, Il. 62257-1920

   Defendant #2
       Full Name: John Baldwin
       Current Job Title: Director of the Illinois Department of Corrections
       Current Work Address: 1301 Concordia Court
                             Springfield, Illinois 62702

   Defendant #3
       Full Name: Louis Shicker, MD.
       Current Job Title: Medical Director for IDOC
       Current Work Address: 100 W. Randolf Street, Suite 4-200
                             Chicago, Illinois 60601

   Defendant #4
       Full Name:
       Current Job Title: Boswell Pharmacy Services for IDOC
       Current Work Address: 131 Schoolhouse Road
                             Jennerstown, Pa. 15547

   Defendant #5
       Full Name: Doctor Knottman
       Current Job Title: Former On Site Medical Director
       Current Work Address: 1096 1350th Street, P.O. Box 1000
                             Lincoln, Illinois 62656

   Defendant #6
       Full Name: Catalino Bautista, MD.
       Current Job Title: Former On Site Medical Director
       Current Work Address: 1096 1350th Street, P.O. Box 1000
                             Lincoln, Illinois 62656

   Defendant #7
       Full Name: George Duncan, M.D.
       Current Job Title: Former On Site Medical Director
       Current Work Address: 1096 1350th Street, P.O. Box 1000
                             Lincoln, Illinois 62656

Defendant #8
    Full Name: Doctor Sang
    Current Job Title: On Site Medical Director
    Current Work Address: 1096 1350th Street, P.O. Box 3066
                           Lincoln, Illinois 62656

Defendant #9
    Full Name: Lisa Johnson
    Current Job Title; Health Care Unit Administrator
    Current Work Address: 1096 1350th Street, P.O. Box 1000
                           Lincoln, Illinois 62656

Defendant #10
    Full Name: Sheryl Thompson
    Current Job Title: Chief Administrative Officer, Taylorville
    Current Work Address: P.O. Box 1000
                           Taylorville Correctional Center
                           Taylorville, Illinois 62568

Defendant #11
    Full Name: Angela Locke
    Current Job title: Major
    Current Work Address: 2310 E. Mound Road, P.O. Box 3066
                           Decatur, Illinois 62524

Defendant #12
    Full name: Christine Brannon
    Current Job Title: Chief Administrative Officer, East Moline
    Current Work Address: 100 Hillcrest Road
                           East Moline, Illinois 61244

Defendant #13
    Full Name: Maggie Burke
    Current Job Title: Chief Administrative Officer
    Current Work Address: 1096 1350th Street, P.O. Box 1000
                           Lincoln, Illinois 62656

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state the claim upon which relief may be granted, unless the prisoner in underimminent danger of serious physical injury." 28 U.S.C. §1951(g).

A. have you brought any other lawsuits in State or Federal Court dealing with the same facts involved?    Yes _X_    No ___

If Yes, please describe: I filed with the Court of Claims in Springfield, Illinois and was denied for failing to comply with a statute that I cannot comply with due to my being incarcerated.

B. Have you brought any other lawsuits in Federal Court while incarcerated?
Yes ___    No X

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in Federal Court about prison conditions. 42 U.S.C §1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You amy attach copies of materials relating to exhaustion, such as grievances, appeals and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes X No ___
B. Have you filed a grievance concerning the facts relating to this complaint?
Yes X    No ___
C. Is the grievance process completed? Yes X    No ___

## V. STATEMENT OF CLAIM

Place(s) of occurrences: Dwight Correctional Center and Logan Correctional Center
Date(s) of the occurrences: Initial date 12-27-08 and is on going.

The plaintiff was diagnosed with systemic lupus eruthematosus, asthma and depression before entering the Illinois Department of Corrections in 2003, and was later diagnosed with eczema and seborrheic dermatitis when she arrived at Logan Correctional Center in 2013.
While plaintiff was housed at Dwight Correctional Center her medical conditions were regularly monitored by the medical staff on grounds and by the outside specialists at UIC in Chicago, Illinois. When plaintiff was transfered to Logan Correctional Center in 2013, her medical treatment drasticly changed.

Plaintiff does not see a specialist for her condition regularly nor a qualified medical doctor at Logan Correctional Center. Plaintiff's medications are constantly being raised and lowered without proper labs to reflect the need for said dosage changes. The Doctors at Logan Correctional Center, Kottman, Bautista, and Duncan were not asking the Insurance Company for the needed permission to send plaintiff out to see a specialist for the conditions to stop the flare ups. When they would try to have plaintiff sent out, the Insurance Company would refuse. The HCUA, Lisa Johnson, would not work with plaintiff at keeping her on regular scheduled follow up appointments with whom ever the current Head Doctor ( On site medical director) to keep plaintiff from having flare ups of her conditions. These flare ups include (but are not limited to): skin lesions and eruptions over the whole of her body; severe headaches; severe muscle and joint pain; butterfly rash across face; no appetite; fatigue and or insomnia depending on medication dosage; weight gain and loss. These flare ups are needless and are caused by a lack of knowledge about the medical condition of the plaintiff and the medical staff's refusal to allow a specialist to monitor plaintiff's condition and treatment.

Plaintiff has used her administrative remedies via the grievance procedure. Lisa johnson, HCUA, does not answer medical grievances in the time-line given to her by the PLRA . Plaintiff has been told her medical grievances have not been received by Lisa Johnson, HCUA, when plaintiff asks about them, thus showing that plaintiff cannot get anywhere with this procedure, leaving the plaintiff no choice but to file suite to receive proper medical care.

Plaintiff has wrote to the Medical Director, Louis Shicker, about the lack of medical care plaintiff has received here at Logan Correctional Center so he is aware. This awareness has done nothing for the plaintiff receiving proper medical care. The Chief Administrative Officer(s) at Logan are responsible for the health and welfare of all offenders inside their facilities, thus they are responsible for making sure plaintiff is receiving proper medical care while in their facility.

## RELIEF REQUESTED

Plaintiff would like the Court to grant her full access to proper medical care by means of monthly visits with a Rhumatologist outside of Logan Correctional Center; the medical staff at Logan Correctional Center to follow the medical orders of the Rhumatologist (ie. lab work, medications and the dosages of said medications and also the procedures they order); $100,000 for severe physical and emotional pain suffered by plaintiff.

**JURY DEMAND**   YES  X    NO _____

Signed this  1st  day of  August , 2016.

_Maria Asencio_
Plaintiff

Maria Asencio
Name of Plaintiff

R75289
Inmate Identification Number

1096 1350th Street, P.O..Box 1000  Lincoln, Illinois 62656
Address

# Inmate Grievance Procedure

### Quick Facts
1. Before filing a lawsuit, a prisoner MUST complete the grievance process. Therefore, it is important that all prisoners with a grievance start and complete the process as soon as possible.
2. Grievances must include as much detail as possible, including specific names, dates, and facts
3. A grievance must be filed within 60 days of the incident giving rise to the complaint.
4. If a prisoner does not receive a response at any stage of the process, he should move along to the next step in the process, including a note as to why the prior stage was not completed
5. If filing a grievance about a facility other than the one where the prisoner is currently incarcerated, the prisoner can send his or her grievance directly to the ARB.

## The Grievance Process for Prisoners Under the PLRA

**Step 1:** The prisoner must fill out the grievance form, including as many specific details as possible.

**Step 2:** The prisoner brings his/her issues **and** the grievance form to the attention of the prison counselor. If the counselor is unable to resolve the issue informally than he/she should follow the remaining steps.

**Step 2:** After obtaining the counselor's signature, the prisoner submits the grievance form to the prison's Grievance Officer by depositing it in the living unit mailbox or the place designated by the prison.
- IMPORTANT: Keep a copy of your grievance for his/her own personal records.
- The Grievance Officer will review the grievance and forward his/her recommendation to the Warden, who will make the final decision at the prison.
- The Warden has 2 months to respond to a grievance.

**Step 3:** If the prisoner is unsatisfied with the Warden's decision, he/she can appeal the decision to the Director of the Illinois Department of Corrections by sending the grievance to the Administrative Review Board (ARB) within 30 days of the Warden's decision.
- Include a copy of the Grievance Officer's report and Warden's decision with the appeal and keep a copy of all documents for personal records.
- If the grievance was rejected by the Grievance Officer/Warden as untimely, include an explanation of good cause with the appeal to the ARB detailing why it was not filed on time.
- If the prisoner did not receive a response from the Grievance Officer/Warden within 2 months, they should forward a copy of the grievance to the ARB stating that he/she did not receive a response.
- The ARB has 6 months to respond to a grievance appeal.
  - If no response is received within 3 or 4 months, write a letter to ARB inquiring into the progression of their decision.

**Completion of the Process:** The grievance process is only complete after each of the above steps has been taken. According to the PLRA a prisoner CANNOT file a lawsuit until he/she has completed the entire process.

SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME  Maria Asencio    NUMBER  R75289    DATE  11-19-03

**(STEP 1) (A)**

Yr. Mo. Day

- _____  (Rel. on Bond, Etc.) / (Arrest Date) / (Jail Credits)
- + 1  (Add 1 Day) / (Jail Credits)

**(STEP 1) (B)**

Yr. Mo. Day

- _____  (Rel. on Bond, Etc.) / (Arrest Date) / (Jail Credits)
- + 1  (Add 1 Day) / (Jail Credits)

**(STEP 1) (C)**

Yr. Mo. Day

- _____  (Rel. on Bond, Etc.) / (Arrest Date) / (Jail Credits)
- + 1  (Add 1 Day) / (Jail Credits)

**(STEP 1) (D)**

Yr. Mo. Day

- _____  (Rel. on Bond, Etc.) / (Arrest Date) / (Jail Credits)
- + 1  (Add 1 Day) / (Jail Credits)

**(STEP 2)**

Yr. Mo. Day

- _____  (Jail Credits-A) / (Jail Credits-B) / (Jail Credits-C)
- + _____  (Jail Credits-D) / (Total Jail Credits)

**(STEP 3)**

Yr. Mo. Day

- _____  (Old Custody/Sentence Date)
- _____  (Total Jail Credits) / (New Custody Date)

**(STEP 4)** MITTIMUS NO. 00CR0644902    CEM

PROJECTED OUT DATE

Yr. Mo. Day

- 00  2  4    (New Custody Date)
- + 22        (Sentence Less GCC)
- 22  2  4    (Projected Out Date)
- ± or –      (Previous Time Lost/Awarded)
- 22  2  4    (Adj. Proj. Out Date)

**(STEP 5)**

MANDATORY OUT DATE

Yr. Mo. Day

- 00  2  4    (New Custody Date)
- + 22        (Sentence)
- 22  2  4    (Mandatory OutDate)

Adj. Proj. Out Date  2-4-22
Mandatory Out Date  2-4-22
Calculated By  ps

Terminal Operator  CK
Date Entered  11-19-03

DC 1321 (Rev 10/96)
IL 426-00521

100 % Truth In Sentencing

July 9, 2014

Counselor

Can you look into me going on my follow up writ I went on Friday May 30, 2014 to Dr. Micheal Pick in springfield. He ordered new RX's along with labs and wanted to see me in 4 weeks.

Thank you

Maria Asencio
R75289
14 S. 19

According to HCU, if you can be managed by Dr. Kotteman, Dr. Pick does not need to see you. They have his orders, but they have to go through Wexford for all follow ups.

**Offender Request**

Offender Name: Maria Asencio     ID #: R75289   Living Unit: 1-N-12

Please refer to the directory located in your orientation manual and address proper personnel.

To: Mr. Gibbons

I request ☐ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☐ other (specify) _____
for the purpose of (explain): I sent a medical grievance to you in December of 2015 and I still have not heard back from it. It is over the 60 day deadline & I would like my answer please. Can you get it from HCUA Lisa Johnson?

Maria Asencio      4-7-16
Offender's Signature    Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): _____

Remarks by supervisor (if necessary): _____

Thank you

IN THE

U.S. District Court, Central Division
_____

Maria Asencio_____ )
    Plaintiff/~~Petitioner~~ )
     )
    Vs. )          No._____
     )
Melissa Sageser, et al.____ )
    Defendant/~~Respondent~~ )

## NOTICE OF FILING / PROOF OF SERVICE

TO: U.S District Court        TO:_____

600 E. Monroe St._____    _____

151 U.S. Courthouse_____    _____

Springfield, Il. 62701_____    _____

PLEASE TAKE NOTICE that on __8_/_2_/_16__, I placed the attached or enclosed documents in the institutional mail at Logan Correctional Center properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: __8_/_1_/_16__

/s/ Maria Asencio

Name: Maria Asencio

IDOC #: R75289

Logan Correctional Center
1096 1350th Street
PO Box 1000
Lincoln, Illinois 62656

**OFFICIAL SEAL**
**DEANNA A. BIGGER**
Notary Public - State of Illinois
My Commission Expires 10/22/2019

Subscribed and Sworn to Before me this

1st day of August, 2016

Deanna A. Bigger
Notary Public

## OFFENDER'S GRIEVANCE

Date: 4-7-16  Offender: Maria Asencio  ID#: R75289
(Please Print)
Present Facility: Logan     Facility where grievance issue occurred: Logan

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☒ Staff Conduct       ☐ Dietary         ☐ Medical Treatment           ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
                       Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Grievant is grieving Logan Correctional Center HCUA Lisa Johnson for not answering a medical grievances in the time aloted to her. When grievant wrote her medical grievance in December of 2015 it went from her counselor Merreighn to the Grievance officer mr. Gibbons and from him to HCUA Lisa Johnson. It has now been four months and grievant still does not have Lisa Johnson HCUA's respence. By not having her respence, grievant cannot proceed

**Relief Requested:** That Lisa Johnson HCUA be made to process grievants medical grievance(s) now.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Maria Asencio_                     R75289       4/7/16
Offender's Signature                  ID#          Date
(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

Print Counselor's Name          Counselor's Signature       Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

to the next level which is Springfield. This is interfeering with grievant trying to get her medical issue taken care of.